AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW CHRISTOPHER HARRIS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 22-mj-00012-SKC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 31 and February 1, 2022  in the county of  Boulder  in the District of  Colorado , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Transmission of threats in interstate commerce |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Stephanie Benitez
*Complainant's signature*

Stephanie Benitez, Special Agent, FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 02/01/2022

*Judge's signature*

City and state:  Denver, Colorado      Magistrate Judge S. Kato Crews
*Printed name and title*