<u>DEFENDANT</u>:       MATTHEW CHRISTOPHER HARRIS

<u>YOB</u>:  1990

<u>ADDRESS</u> (CITY/STATE):  Boulder, Colorado

<u>OFFENSE(S)</u>: (1) 18 U.S.C. § 875(c) (threats in interstate commerce)

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE):  Boulder County, Colorado

<u>PENALTY</u>:    (1) NMT 20 years' imprisonment; NMT 3 years SR, $250,000 fine; $100 SA

<u>AGENT</u>:        Stephanie Benitez
                     Special Agent, Federal Bureau of Investigation

<u>AUTHORIZED BY</u>:  Julia Martinez
                            Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

  x   five days or less       _____ over five days       _____ other

<u>THE GOVERNMENT</u>

  X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:       _____ Yes     x   No