DEFENDANT:          MATTHEW CHRISTOPHER HARRIS

YOB:  1990

ADDRESS (CITY/STATE):  Boulder, Colorado

OFFENSE(S): (1) 18 U.S.C. § 875(c) (threats in interstate commerce)


LOCATION OF OFFENSE (COUNTY/STATE):  Boulder County, Colorado

PENALTY:     (1) NMT 5 years' imprisonment; NMT 3 years SR, $250,000 fine; $100 SA


AGENT:          Stephanie Benitez
                      Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:  Julia Martinez
                             Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  x    five days or less        _____  over five days        _____  other

THE GOVERNMENT

   X    will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:          _____  Yes        x    No